## TASKS PERFORMED BY TRUSTEE

1. The Trustee reviewed the Debtor's Schedule of Assets and Liabilities and Statements of Financial Affairs.

2. The Trustee conducted an examination of the Debtor at the Section 341 meeting of creditors.

3. The Trustee prepared semi-annual and annual reports to the United States Trustee's Office.

4. The Trustee managed the estate's cash on hand. This included investing the estate's funds in interest bearing accounts and maintaining a report of cash receipts and disbursements.

5. The Trustee examined the Debtor's records in an effort to identify additional assets available to the estate for liquidation and to verify the disposition of assets and verified with third parties the present cash value of the Debtor's various life insurance policies.

6. The Trustee negotiated with the Debtor over his purchase of the estate's interests in the Debtor's insurance policies.

7. The Trustee oversaw his counsel's representation to obtain authority to accept and consummate the Debtor's offer to purchase the interest of the estate in his insurance policies.

8. The Trustee attended to tax issues concerning the estate.

9. The Trustee reviewed the claims filed in this case.

10. The Trustee prepared the Final Report