**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| STRONG, MICHAEL S. | ) | |
| | ) | CASE NO. 04-27106 JHS |
| | ) | |
| | ) | JUDGE JOHN H. SQUIRES |
| Debtor(s) | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON
APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1.   NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

> At:   U.S. BANKRUPTCY COURT
> 219 S DEARBORN, COURTROOM 680
> CHICAGO, ILLINOIS 60604
>
> on:   **July 24, 2007**
> at:   **10:00 a.m.**

2.   The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.   The Trustee's Final Report shows total:

| | | |
|---|---|---|
| a. Receipts | $ | 12,147.80 |
| b. Disbursements | $ | 5,768.25 |
| c. Net Cash Available for Distribution | $ | 6,379.55 |

4.   Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| Trustee | $ 0 | $ 1,964.78 | $ |
| Trustee | $ 0 | $ | $ 5.62 |
| Mandell Menkes LLC Attorney for Trustee | $ 5,750.00 | $ 0.00 | $ 0.00 |

5. In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

6. Claims of general unsecured creditors totaling $73,190.52, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be $6.02%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | IMC Financial | $ 30,369.09 | $ 1,829.50 |
| 2 | Asset Acceptance LLC | $ 257.65 | $ 15.52 |
| 3 | Citibank | $ 11,387.04 | $ 685.98 |
| 4 | Cavalry Portfolio Services, LLC | $ 10,629.48 | $ 640.34 |
| 5 | Midland Credit Management Inc | $ 7,892.88 | $ 475.48 |
| 6 | Midland Credit Management Inc | $ 12,654.38 | $ 762.33 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has been discharged.

10. The Trustee proposed to abandon the following property at the hearing: cash on hand of $100; furniture that the Debtor valued at $500; books that the Debtor valued at $800; wearing apparel that the Debtor valued at $500; sports equipment that the Debtor valued at $50; a life insurance policy which the carrier reported had a cash value of slightly over $800; a MetLife life insurance policy that MetLife reported had a cash value of approximately $1,200 and against which the Debtor applied a corresponding amount of his exemption under 735 ILCS 5/12-1001(b); a term life insurance policy with a value of 0.00; a savings account at the Wayne Teachers FCU with a zero balance; an IRA that the Debtor

valued at $4,800; computer equipment that the Debtor valued at $600; and tools that the Debtor valued at $200.

Dated:    **June 21, 2007**                                For the Court,

                                        By:    **KENNETH S GARDNER**
                                                Kenneth S. Gardner
                                                Clerk of the United States Bankruptcy Court
                                                219 S. Dearborn Street, 7th Floor
                                                Chicago, IL 60604

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

04-27106   Doc 29   Filed 06/21/07   Entered 06/23/07 23:36:46   Desc Imaged
                    Certificate of Service   Page 4 of 5

# CERTIFICATE OF SERVICE

```
District/off: 0752-1              User: amcc7               Page 1 of 2                  Date Rcvd: Jun 21, 2007
Case: 04-27106                    Form ID: pdf002           Total Served: 71


The following entities were served by first class mail on Jun 23, 2007.
db         +Michael S Strong,    26 Williamsburg Terrace,    Evanston, IL 60203-1830
aty        +Bruce E de'Medici,    333 W. Wacker Drive,    #300,    Chicago, IL 60606-1252
aty        +Bruce de'Medici,    Mandell Menkes & Surdyk, LLC,    333 W Wacker Dr,    Suite 300,
             Chicago, IL 60606-1252
aty        +David P Leibowitz,    Leibowitz Law Center,    420 Clayton Street,    Waukegan, IL 60085-4216
tr         +Alex D Moglia, ESQ,    Moglia Advisors,    1325 Remington Rd, Ste H,    Schaumburg, IL 60173-4815
8346305     AAA Financial Services/PNC Bank,    P.O. Box 456,    Lafayette, IN 47902-0456
8346307    +Academy Collection Service, Inc.,    10965 Decatur Road,    Philadelphia, PA 19154-3294
8346308    +Advanta,    P.O. Box 15480,    Wilmington, DE 19850-5480
8346309    +Allied Interstate, Inc.,    3000 Corporate Exchange Dr, 5th Floor,    Columbus, OH 43231-7689
8346310    +Arrow Financial Services LLC,    7301 North Lincoln Ave, Suite 220,    Lincolnwood, IL 60712-1733
9437206    +Asset Acceptance LLC,    Assignee: GE Capital,    PO Box 2036,    Warren, MI 48090-2036
8346311     Asset Acceptance LLC (AAC),    P.O. Box 318035,    Cleveland, OH 44131-8035
8346312    +Associated Recovery Systems,    201 West Grand Avenue,    Escondido, CA 92025-2603
8346313     Associates National Bank,    P.O. Box 660370,    Dallas, TX 75266-0370
8346314    +Avco Financial Services,    2021 W. Ogden Ave,    Downers Grove, IL 60515-2621
8346318    +CIC Plan,    304 15th Street,    Des Moines, IA 50309-3436
8346325     CTI Collection Services,    P.O. Box 4783,    Chicago, IL 60680-4783
8346315    +Cavalry Portfolio Services, LLC,    7 Skyline Drive, 3rd Floor,    Hoawhorne, NY 10532-2162
8346316    +Chase Manhattan Bank,    4915 Independence Parkway,    Tampa, FL 33634-7540
9450859    +Citibank,    Portfolio Recovery Associates,    Po Box 41067,    Norfolk, VA 23541-1067
8346319    +Citibank Preferred MasterCard,    Box 6000,    The Lakes, NV 89163-0001
8346320    +Citibank Premier Edition,    P.O. Box 6000,    The Lakes, NV 89163-0001
8346321    +Citibank Ready Credit,    701 East 60th Street,    Sioux Falls, SD 57104-0493
8346322    +Coldata, Inc.,    2590 Devon Avenue, Suite 204,    Des Plaines, IL 60018-4937
8346323    +Creditors Interchange Inc.,    50 James E. Casey Dr.,    Buffalo, NY 14206-2367
8346324    +Creditors Interchange, LLC,    3131 South Vaughn Way, Suite 120,    Aurora, CO 80014-3501
8346326     Discover Card,    P.O. Box 5013,    Sandy, UT 84091-5013
8346327    +Enhanced Recovery Corporation,    10550 Deerwood Park Blvd, Suite 600,
             Jacksonville, FL 32256-2811
8346328     First Card,    P.O. Box 2004-C3,    Elgin, IL 60121-2004
8346329    +First Consumers National Bank,    P.O. Box 5280,    Portland, OR 97208-5280
8346330     First Performance Corporation,    4901 NW 17th Way, Suite 600,    Fort Lauderdale, FL  33309-3775
8346331    +First USA,    201 North Walnut Street,    Wilmington, DE 19801-2920
8346332     FirstCollect, Inc.,    P.O. Box 7000,    Sparks-Glencoe, MD 21152-7000
8346333    +GE Capital,    P.O. Box 2966,    Shawnee Mission, KS 66201-1366
8346334     Gulf State Credit, LLC,    P.O. Box 105895,    Atlanta, GA 30348-5895
8346335     Harris Bank,    P.O. Box 22058,    Tulsa, OK 74121-2058
8346336    +Hinsdale Hospital,    120 N. Oak Street,    Hinsdale, IL 60521-3890
8346337    +Hull & Associates, P.C.,    6200 Savoy, Suite 440,    Houston, TX 77036-3324
8346338     IMC Financial,    P.O. Box 782110,    Wichita, KS 67278-2110
8346340    +JDR Recovery Corporation,    500 North Franklin Turnpike,    Ramsey, NJ 07446-1177
8346339    +James A. West, P.C.,    3100 South Gessner Road,    Houston, TX 77063-3760
8346341    +KB Financial Services,    10565 Katy Fwy, Suite #300,    Houston, TX 77024-1010
8346342    +M.R.S. Associates, Inc.,    1040 Kings Highway North, Suite 300,    Cherry Hilll, NJ 08034-1925
8346345     MKM Acquisitions LLC,    J.A. Farley Bldg.,    New York, NY 10116-1868
8346343     Midland Credit Management,    P.O. Box 939019,    San Diego, CA 92193-9019
9727197    +Midland Credit Management Inc,    8875 Aero Drivet,    San Diego, CA 92123-2251
8346347    +NCO Financial Systems Inc.,    507 Prudential Road,    Horsham, PA 19044-2368
8346346    +Nationwide Credit, Inc.,    2253 Northwest Parkway, Suite A,    Marietta, GA 30067-8764
8346348    +North American Capital Corporation,    45 Oak Street,    Buffalo, NY 14203-2620
8346349    +Northland Group Inc.,    P.O. Box 390847,    Edina, MN 55439-0847
8346350     Norwest Card Services,    7000 Vista Drive,    West Des Moines, IA 50266-9310
8346351     Partners First/Comerica,    P.O. Box 22058,    Tulsa, OK 74121-2058
8346352    +Plaza Associates,    370 Seventh Avenue,    New York, NY 10001-3912
8346353     Portfolio Recovery,    120 Corporate Blvd, Suite 100,    Norfolk, VA 23502-4962
8346354     Receivables Specialist, Inc.,    P.O. Box 26570,    Tamarac, FL 33320-6570
8346355    +Regional Adjustment Bureau, Inc.,    3009 Davies Plantation Rd.,    P.O. Box 34111,
             Memphis, TN 38184-0111
8346356    +Reliable Adjustment Bureau Inc.,    685 E. Cochran #200,    Simi Valley, CA 93065-1921
8346357     Retailers National Bank,    c/o Marshall Field's Credit Services,    Minneapolis, MN 55440-1581
8346358     Riddle & Associates, P.C.,    P.O. Box 1187,    Sandy, UT 84091-1187
8346359    +Risk Management Alternatives, Inc.,    802 E. Martintown Rd, Suite 201,
             North Augusta, SC 29841-5352
8346360    +Schreiber & Associates,    65 Flagship Drive,    North Andover, MA 01845-6103
8346361     Sherman Acquisition,    P.O. Box 10584,    Greenville, SC 29603-0584
8346362    +Sterling Practice Management Group,    P.O. Box 88524,    Chicago, IL 60680-1524
8346363    +Teller, Levit & Silvertrust, P.C.,    11 East Adams Street,    Chicago, IL 60603-6369
8346364    +The Credit Store,    P.O. Box 5217,    Sioux Falls, SD 57117-5217
8346365    +Tri County Accounts Bureau Inc.,    232 W. Willow Avenue,    Wheaton, IL 60187-5239
8346366    +Tritium Card Services Inc.,    51 Charles Lindbergh Blvd,    Uniondale, NY 11553-3695
8346367    +United Creditors Alliance Corporation,    100 Campus View Blvd. Suite #105,
             Columbus, OH 43235-6605
8346368     United Recovery Systems,    P.O. Box 630339,    Houston, TX 77263-0339

The following entities were served by electronic transmission on Jun 22, 2007.
8346344     E-mail/PDF: ebn@phinsolutions.com Jun 22 2007 02:03:41     Mitchell N. Kay,   7 Penn Plaza,
             New York, NY 10001-3995
8346369    +E-mail/PDF: bankruptcyverizonwireless@afninet.com Jun 22 2007 02:03:44     Verizon Wireless,
             1515 Woodfield Road, Suite 1400,    Schaumburg, IL 60173-5497
                                                                                              TOTAL: 2
```

```
District/off: 0752-1           User: amcc7              Page 2 of 2              Date Rcvd: Jun 21, 2007
Case: 04-27106                 Form ID: pdf002          Total Served: 71

             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Bruce De'medici
aty           Joshua J Wallar
8346306*      AAA Financial Services/PNC Bank,   P.O. Box 456,   Lafayette, IN 47902-0456
8346317*     +Chase Manhattan Bank,   4915 Independence Parkway,   Tampa, FL 33634-7540
                                                                                          TOTALS: 2, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 23, 2007**                    **Signature:**   *Joseph Speetjens*