IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 04-27106 |
| STRONG, MICHAEL S. | ) | |
| | ) | CHAPTER 7 CASE |
| | ) | |
| Debtor | ) | JUDGE JOHN H. SQUIRES |
| | ) | |

TRUSTEE'S FINAL ACCOUNT AND APPLICATION
TO CLOSE CASE AND DISCHARGE THE TRUSTEE

TO:   JUDGE JOHN H. SQUIRES
      BANKRUPTCY JUDGE

Final distribution of all monies has been made in accordance with the Order Awarding Compensation And Expenses, and the Trustee's Distribution Report, copies of which have been attached as Exhibit "A".

All checks have been cashed.  Evidence of canceled checks is attached as Group Exhibit "B" and the bank statement reflecting a balance of zero for this estate is attached as Exhibit "C".

The Trustee certifies that the estate has been fully administered, requests that he be discharged and the case closed pursuant to 11 U.S.C. §350.


1/15/08                                          /s/ Alex D. Moglia
DATE                                             TRUSTEE

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **CASE NO. 04-27106** |
| **STRONG, MICHAEL S.** | ) | |
| | ) | **CHAPTER 7 CASE** |
| | ) | |
| | ) | **JUDGE JOHN H. SQUIRES** |
| **Debtor** | ) | |

## ORDER APPROVING TRUSTEE'S FINAL ACCOUNT

The Trustee having filed his Final Account, and the Trustee having certified that the estate has been fully administered pursuant to FRBP 5009 and no objection having been filed to the Final Account:

IT IS HEREBY ORDERED that the Final Account is approved, that the Trustee is discharged and that the case shall be closed pursuant to 11 U.S.C. §350.

Dated: _____                        _____
                                                          BANKRUPTCY JUDGE